

#1

12 CV 9275

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOSHE FRIEDMAN
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

Columbia University
David Brenner, John Doe, Lisa Hogarty, Linda Durning, et. al.
_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

___ Civ. _____ (__) (__)

**REQUEST TO PROCEED**
***IN FORMA PAUPERIS***

RECEIVED DEC 19 2012 PRO SE OFFICE

I, __Moshe Friedman_____, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    Not presently employed

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    May 2006 through February 1, 2010 - grossed about $4500-4900/month

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    Unemployment comp. ended in Nov. 2011. In 2012 received supplement: $405/wk for 6 weeks

    a) Are you receiving any public benefits?   ☒ No.    ☐ Yes, $_____.

    b) Do you receive any income from any other source?   ☒ No.    ☐ Yes, $_____.

Rev. 05/2010                                  1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.  ☒ Yes, $ <u>under $500</u>.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.  ☒ Yes, $ <u>Private house; paid $100,000 cash 1/1/2008. Taxes are ~$5500/yr</u>.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.  ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

<u>My son Nossan Friedman, 24 years old, full time student. Amount varies, now next to nothing...</u>

8. State any special financial circumstances which the Court should consider.

<u>I have just over $9,000 left in a retirement fund, which has been my main source of money during the past two years. This is not enough to get me through 2013, and I do not know what I will do when it runs out.</u>

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this <u>18</u> day of <u>December</u>, <u>2012</u>.
        date              month         year

*[Signature]*

Signature

Rev. 05/2010

2