


United States District Court
For the Southern District of New York

Moshe Friedman

    Plaintiff

           v.

Columbia University, David Brenner, John Doe, Lisa Hogarty, Lucinda Durning, et. al.

    Defendants

**Civil Action No.** _____

**Supplement to Civil Cover Sheet**

**Explaining Why Cases are Deemed**

**Related**

    On the Civil Cover Sheet Plaintiff Friedman claimed this case is related to a Civil Case now pending in S.D.N.Y. – presently before Judge McMahon, Docket Number 12 CIV 7701.

    This Supplement is in compliance with the Note on the Civil Cover Sheet to "<u>Please submit at the time of filing an explanation of why cases are deemed related</u>." The explanation is as follows:

    Docket Number 12 CIV 7701, filed on October 16, 2012 and assigned to Judge McMahon, involves Salmen Loksen, Plaintiff, v. Columbia University, David Brenner, John Doe, Lisa Hogarty, Lucinda Durning, et. al., Defendants.

    Salmen Loksen, Plaintiff in that other case, was the immediate supervisor of Moshe Friedman, Plaintiff in this case, and they were laid off at the very same time and in the very same layoff action by the very same Defendants. It is my understanding that soon Salmen Loksen with be submitting an amendment to his complaint, that I will cosign.

    My case is also related to that of Bruce Emmer, Civil Action No. 12 CV 5061. He was also terminated from his employment by the same defendants in related actions, similar to those

of Loksen's complaint and my complaint. Emmer may also cosign Loksen's amended Civil Action.

Plaintiff Loksen and Plaintiff Friedman, as well as Plaintiff Emmer, are older Orthodox, Jewish males, and their discrimination complaints overlap and complement one another – and therefore they are very much related.