UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Moshe Friedman,

                 Plaintiff/Petitioner(s),

     -against-

Columbia University, et al.,

                Defendant/Respondent(s).

-------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: Jan. 18, 2013 |

ORDER GRANTING IFP APPLICATION

12 Civ. 9275 (UA)

LORETTA A. PRESKA, Chief United States District Judge:

Leave to proceed in this Court without payment of fees is authorized.  28 U.S.C. § 1915.

SO ORDERED:

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated:  January 18, 2013
       New York, New York