UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

FRIEDMAN                                                                                           Docket Number: 12 CV 9275 (LTS)

       -against-                                                                      NOTICE OF ASSIGNMENT
                                                                               (PRO-SE)

COLUMBIA UNIV.
-------------------------------------------------------

The above-entitled action is:

---

[  ] Declined by Hon.
        As  [  ]Related/ [  ] Similar to case #:

---

[ X ] Assigned to the Hon. LAURA T. SWAIN (LTS)
    [ X ] Designated / [  ] Redesignated Hon.  GABRIEL W. GORENSTEIN (GWG),
    Magistrate Judge

---

[  ] Accepted by Hon.        as [  ] Related/ [  ] Similar to case #:
    [  ] Designated  [  ] Redesignated Hon.            ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                                                             Ruby J. Krajick
                                                                                             Clerk of Court

Dated: 01/22/2013                                                        By:    PHYLLIS ADAMIK
                                                                                                Deputy Clerk