```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MOSHE FRIEDMAN,                         :
                                        :
                    Plaintiff,          :
                                        :      12 Civ. 9275 (DLC)
        -v-                             :
                                        :      SERVICE ORDER
                                        :
COLUMBIA UNIVERSITY; DAVID BRENNER;     :
JOHN DOE; LISA HOGARTY; LUCINDA         :
DURNING, ET AL.,                        :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    ORDERED that the Clerk of Court shall issue a summons in this action as to Columbia University, David Brenner, Lisa Hogarty, and Lucinda Durning.

    IT IS FURTHER ORDERED that the plaintiff shall serve the summons and complaint upon the defendants within 120 days of the issuance of the summons. If service has not been made within the 120 days, and the plaintiff fails to show good cause, in writing, why service has not been made, the complaint may be dismissed for failure to prosecute pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

    SO ORDERED:

Dated:    New York, New York
           February 4, 2013

                                             DENISE COTE
                                    United States District Judge

COPIES MAILED TO:

Moshe Friedman
58 Laurel Avenue
P.O. Box 302
South Fallsburg, NY 12779